IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

v.                                           CRIMINAL ACTION NO. 2:06cr7

KYLE R. LANTZ,

         Defendant.

## ORDER/OPINION

On March 1, 2006, Defendant Kyle R. Lantz was released on conditions set by Order. On April 10, 2006, pre-trial services officer Eydie B. Feathers filed a "Petition for Action on Conditions of Pretrial Release" alleging Defendant violated conditions of the Order. By Order dated April 10, 2006, the undersigned United States Magistrate Judge directed Defendant be arrested and brought before the Court to answer the allegations made against him in the Petition.

Defendant was arrested pursuant to the Court's order on April 14, 2006. Defendant had an Initial Appearance before the Court via video on April 17, 2006, and a full hearing was scheduled on the Petition for Action on Conditions of Pretrial Release before the undersigned for April 20, 2006.

Prior to the hearing Defendant waived the hearing regarding the alleged violation in writing.

It is therefore **ORDERED** that the release of Defendant Kyle R. Lantz on conditions is **REVOKED** and that:

1)       Defendant be **REMANDED** to the custody of the United States Marshal pending

further proceedings in this case;

2. Defendant be confined in a facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

3. Defendant be afforded a reasonable opportunity for private consultation with defense counsel;

4. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding; and

5. The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Probation Officer.

DATED: April 21, 2006.

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE